UNITED STATES DISTRICTCOURT
WESTERN DISTRICT OF NEW YORK

---

PHILIP A. BIFULCO, JR. and
KYM E. BIFULCO,

                        Plaintiffs,                **Case No. 09-CV-0221(S)**

vs.

NCO FINANCIAL SYSTEMS, INC.,

                        Defendant.

---

### STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice.

DATED:                                                 DATED: 10/23/09

Kimberly T. Irving, Esq.                        Michael DelValle, Esq.
Law Offices of Kenneth Hiller                *Attorneys for Defendant*
*Attorneys for Plaintiff*                         Sessions, Fishman, Nathan & Israel of New
6000 North Bailey Avenue, Suite 1A      York, LLC
Amherst, New York 14226                  130 John Muir Drive, Suite 106
Phone: (716) 564-3288                      Amherst, New York 14228
                                                   Phone(716)625-7492